IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT V. PETRO, individually and on behalf of all others similarly situated,** | : <br> : Case No. 2:21-cv-1187 <br> : |
| **Plaintiff,** | : <br> : |
| v. | : <br> : |
| **LUNDQUIST CONSULTING INC.,** <br> **Defendant.** | : <br> : <br> : <br> : |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Lundquist Consulting Inc. ("LCI" or "Defendant") removes the above-captioned matter to this Court from the Court of Common Pleas for Allegheny County, and, in support thereof, aver as follows:

1. LCI is a defendant in a civil action initiated by Class Action Complaint on July 23, 2021, in the Court of Common Pleas for Allegheny County, titled *Robert V. Petro, individually and on behalf of all others similarly situated v. Lundquist Consulting Inc.*, and docketed to Case No. GD-21-008445 ("State Court Action").

2. This removal is timely under 28 U.S.C. § 1446(b) as Defendant was served with the State Court Action on or about August 5, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings, and orders received by Defendant in the State Court Action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims

against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5.      On this date, Defendant provided notice of this removal to all parties and to the Court of Common Pleas for Allegheny County, Pennsylvania.

WHEREFORE, Defendant Lundquist Consulting, Inc. removes this case to the United States District Court for the Western District of Pennsylvania.

                              Respectfully submitted,

                              **BARRON & NEWBURGER, P.C.**

By:    */s/ Brit J. Suttell*
         BRIT J. SUTTELL, ESQUIRE
         PA Id. No. 204140
         10 Beatty Road, Suite 200
         Media, PA  19063
         (484) 999-4232
         britjsuttell@bn-lawyers.com
         Counsel for Defendant Lundquist Consulting, Inc.

Dated:  September 3, 2021

## CERTIFICATE OF SERVICE

I certify that on September 3, 2021, a true copy of the foregoing document was served on on the persons below via electronic means:

Mark G. Moynihan
Moynihan Law, P.C.
2 Chatham Center, Suite 230
Pittsburgh, PA  15219

Kevin Abramowicz
East End Trial Group LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA  15208
kabramowicz@eastendtrialgroup.com
*Counsel for Plaintiffs*

Prothonotary
Court of Common Pleas
Allegheny County
414 Grant Street
Pittsburgh, PA  15219

**BARRON & NEWBURGER, P.C.**

By:    */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
10 Beatty Road, Suite 200
Media, PA  19063
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Lundquist Consulting Inc.

Dated:  September 3, 2021