IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT V. PETRO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>LUNDQUIST CONSULTING, INC.,<br><br>　　　　　　Defendant. | 2:21-cv-1187-NR |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, for the reasons stated in the foregoing memorandum opinion, judgment is entered on the claim in the complaint in favor of Defendant Lundquist Consulting, Inc. and against Plaintiff Robert V. Petro. The Clerk of this Court shall mark this case as **CLOSED**.

DATE: September 30, 2022　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ *J. Nicholas Ranjan*
　　　　　　　　　　　　　　　　　　　　　　United States District Judge